RECEIVED

DEC - 1 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_____ **DIVISION**

_Alonzo Howard_
_____

_____

**PLAINTIFF**

v.

CASE ACTION NO.: 2:20-CV-969-ECM-KFP

_State of Alabama_
_Department of Transportation_

**JURY DEMAND (MARK ONE)**

☐ YES   ☒ NO

**DEFENDANT**

_Amended_

**EEOC COMPLAINT**

1. Plaintiff resides at _3454 Summerhill Drive Montgomery, Alabama 36111_

2. Defendant(s)' name(s) ~~Lorretta Whetstone~~ ~~Christopher Holler~~
   _US Department of Transportation And State of Alabama_

   Location of principal office(s) of the named defendant(s) _1409 Coliseum Boulevard_
   _Montgomery, Alabama, 36110, P.O. Box 2069 Montgomery_
   _Alabama, 36102_

   Nature of defendant(s)' business _Highway and Road Construction,_
   _and maintenance._

   Approximate number of individuals employed by defendant(s) _____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☒ Failure to employ me.
   2. ☐ Termination of my employment.
   3. ☐ Failure to promote me.
   4. ☐ Other acts as specified below:_____
   _____
   _____

5. Plaintiff is:

    A.     \_\_\_\_ Presently employed by the defendant.
          \_\_\_\_ Not presently employed by the defendant. The dates of employement were
          _____ Employment was terminated because:

          (1)   \_\_\_\_\_ Plaintiff was discharged.
          (2)   \_\_\_\_\_ Plaintiff was laid off.
          (3)   \_\_\_\_\_ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

    A.     __X__ My race.
    B.     \_\_\_\_ My religion.
    C.     \_\_\_\_ My sex.
    D.     \_\_\_\_ My national origin.
    E.     \_\_\_\_ Other, as specified below:_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _____

8. The alleged discrimination occurred on or about _1992- 1995 and 2009 - 2015._

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:

_DURING the years 1992-1995 ALDOT practiced discrimination IN hiring. I was Never Considered for hiring eventhough I had background experience IN the following: Utility/Laborer/Worker, Painter of Signs, and Engineering Assistant. I Also enhanced my Qualifications during those years Mentioned Above by getting a Class(A) CDL and Supervisory experience by being a leader in employee tasks. In 2009-2015 I continued to hone my Skills in the job Market. Example: I had some 40 employees Under my direct Supervision and was the Link between them and Personnel. (Human Resources) I trained and provided equipment for all the staff under my Supervision. I also Applied to_

10. The alleged illegal activity took place at _____



11.    I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)'
       alleged discriminatory conduct on or about _07/05/2016_.
       I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal
       Employment Opportunity Commission. The letter was received by me on _____.

12.    I seek the following relief:

       A.    _X_ Recovery of back pay.
       B.    ___ Reinstatement to my former job, and any other relief as may be appropriate,
             including injunctive orders, damages, costs, and attorneys fees.

Date: _11/23/2020_

                                                    _____
                                                    Signature of Plaintiff

                                                    3454 Summerhill Drive
                                                    Montgomery, Alabama
                                                    36111
                                                    Address & Telephone Number of Plaintiff

**UNITED STATES DISTRICT COURT**

**One Church Street Suite-B-110**

**Montgomery, Alabama**

**36104-4018**

*– Complaint –*

The record will show that I qualified for employment on the register[s] no less than six times, and my qualifications for employment with the DEPARTMENT OF TRANSPORTATION, and the various Agencies associated the STATE OF ALABAMA were comparable with my contemporaries who were actually hired by such. Some of these positions are as follows;

1] CLERK, 2] ASA 2, 3] PERSONNEL ASSISTANT, 4] INVENTORY CONTROL  OFFICER, 5] ENGINEERING ASSISTANT 1, 6] SECURITY GUARD, 7] MAINTENANCE REPAIRER, 8] TRAFFIC SIGN WORKER, 9] UTILITY WORKER, and 10] CUSTODIAL WORKER.

These are some but not all the positions of which i applied, but was not given opportunity, for I applied with all the Agencies in Montgomery that I could reach. I applied for over fifty different positions with over  twenty different State Agencies. These range from the ABC warehouse to Alabama Surplus.

2] i applied in person with the STATE OF ALABAMA PERSONNEL, THE DEPARTMENT OF TRANSPORTATION and other Agencies no less than 300 times, between 1980, 1987, 1992, 1994-1996, 2007-2012. Many of my applications having been lost, or misplaced, by the State Agencies from these times.

3] Because of my being denied the opportunities for employment with the State of Alabama, and it's Agencies not hiring me, including THE DEPARTMENT OF TRANSPORTATION, I feel I am entitled to relief, For I am convinced I was victimized because of my race[BLACK] and discrimination is what this is about.

SINCERELY,
Alonzo Howard

Alonzo Howard
3454 Simmerhill Dr.
Montgomery AL
36111

USDC
One Church Street
Montgomery, Ala,
36104